Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N. Bradford Ave., Suite L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

FILED
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

_Pablo Siordia_,

Defendant

Case No: 308-mj-0250.-BLM(

**SUBSTITUTION OF ATTORNEY**

_Pablo Siordia-Rodriguez_ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, _Jennifer Coon_.

DATED: _2-21-08_                _Pablo Siordia_
                                                    DEFENDANT

I consent to the above substitution.

DATED: _2/21/08_                _Jennifer A._
                                                    PRESENT ATTORNEY

1

MJ 00250 BLM

1 | //

2 | I am duly admitted to practice in this district.

3 | I accept the above substitution.

5 | DATED: 02-21-08 _____

6 | NEW ATTORNEY

8 | Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE
9 | COURT.

11 | DATED:                          APPROVED:
12 | 2/21/08                         _____
13 | UNITED STATES DISTRICT COURT JUDGE